UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1886 DSD/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY SCRUTON,<br><br>Defendant,<br><br>CROW RIVER STATE BANK,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

TO: Greg Scruton, defendant at 1610 Olive Lane North, Plymouth, MN 55447
Crow River State Bank, garnishee at 2290 Commerce Boulevard, Mound, MN 55364

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about December 6, 2001.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about December 14, 2001. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts in the amounts of $281.14 in checking.

On or about December 7, 2001, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

JAN 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on December 6, 2001, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: January 16, 2002

Susan Richard Nelson

Magistrate Judge
United States District Court