00-1886 DSD/SRN

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

CROW RIVER STATE BANK
Garnishee

SUBSCRIBED and SWORN to before me this

20th day of May, 2004.

Joann M. Tjepkes
NOTARY PUBLIC

JOANN M. TJEPKES
Notary Public
Minnesota
My Commission Expires January 31, 2007

SCANNED
MAY 26 2004
U.S. DISTRICT COURT MPLS