UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1886 DSD/SRN

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) **GARNISHMENT ORDER**
)
GREGORY SCRUTON, )
)
Defendant, )
)
CROW RIVER STATE BANK, )
)
Garnishee. )

TO: Gregory Scruton, defendant at 1305 Olive Lane North, #207, Plymouth, MN 55447-2973

Crow River State Bank, garnishee at 2290 Commerce Boulevard, Mound, MN 55364

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about May 20, 2004.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about May 26, 2004. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of a bank account.

On or about May 20, 2004, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the

plaintiff, in care of the Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on May 20, 2004, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: June 28, 2004

s/Susan Richard Nelson
Magistrate Judge
United States District Court