UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1886 DSD/SRN

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) **GARNISHMENT ORDER**
)
GREGORY SCRUTON, )
)
Defendant, )
)
OAKWOOD BARBERS, )
)
Garnishee. )

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. As of September 21, 2004, the garnishee has not answered, however, the plaintiff requests that the Writ of Garnishment be released.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on May 20, 2004, is hereby released.

Dated: September 23, 2004

S/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge